1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY CHUN WONG, et al., <br><br> Defendants. | Case No.: CV11-06872 SVW (MRWx) <br><br> **PERMANENT INJUNCTION AGAINST DEFENDANTS JEFFERY CHUN WONG AND JADE-ACCESSORIES, LLC** <br><br> J S - 6 |

The Court, pursuant to the Stipulation For Entry of Permanent Injunction ("Stipulation"), between Plaintiff SPECULATIVE PRODUCT DESIGN, LLC ("Plaintiff"), on the one hand, and Defendants JEFERY CHUN WONG and JADE-ACCESSORIES, LLC (collectively "Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

1. **PERMANENT INJUNCTION.**  Defendants and any person or entity acting in concert with, or at the direction of them, including any and all agents, servants, employees, partners, and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a.   copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's SPECK® and CANDYSHELL® trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's SPECK® and CANDYSHELL® trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b.   performing or allowing others employed by or representing them, or under their control, to perform any act or thing which is likely to injure Plaintiff, any Plaintiff's SPECK® and CANDYSHELL® trademarks, and/or Plaintiff's business reputation or goodwill;

    c.   engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

    d.   using any Internet domain name or website that includes any Plaintiff's trademarks, including the SPECK® and CANDYSHELL® marks.

2. Defendants are ordered to deliver immediately for destruction all unauthorized products, including counterfeit SPECK® and CANDYSHELL® products and related products, labels, signs, prints, packages, wrappers, receptacles

1  and advertisements relating thereto in their possession or under their control
2  bearing any of Plaintiff's intellectual property or any simulation, reproduction,
3  counterfeit, copy or colorable imitations thereof, to the extent that any of these
4  items are in Defendants' possession.

5      3.    This Permanent Injunction shall be deemed to have been served upon
6  Defendants at the time of its execution by the Court and shall terminate this action.

7      4.    The Court finds there is no just reason for delay in entering this
8  Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil*
9  *Procedure*, the Court directs immediate entry of this Permanent Injunction against
10 Defendants.

11     5.    **NO APPEALS AND CONTINUING JURISDICTION.** No
12 appeals shall be taken from this Permanent Injunction, and the parties waive all
13 rights to appeal. This Court expressly retains jurisdiction over this matter to
14 enforce any violation of the terms of this Permanent Injunction.

15     6.    **NO FEES AND COSTS.** Each party shall bear his/its own attorneys'
16 fees and costs incurred in this matter.

17

18     IT IS SO ORDERED, ADJUDICATED and DECREED this 20th day of
19 December 29, 2011.

                                                                                 _____
                                                                                 HON. STEPHEN V. WILSON
                                                                                 United States District Judge for the Central
                                                                                 District of California